UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>    Defendant. | Case No.: 2:19-cv-01697 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER TO FIRST AMENDED COMPLAINT |

    THIS MATTER came before the Court on the parties' Stipulated Motion to Extend Deadline to Answer First Amended Complaint. The Court has reviewed the Motion, the pleadings and files or record, as is fully advised,

    NOW THEREFORE,

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE TO ANSWER TO FIRST AMENDED COMPLAINT -
2:19-cv-01697

-1-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline to Answer the First Amended Complaint is extended to February 19, 2020. |
| 2 | |
| 3 | DATED this 14th day of February 2020. |

```
                                    /s/ Ricardo S. Martinez
                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE
```

Presented by:

By: */s/ Raymond S. Weber*
By: */s/ Rachael R. Wallace*
    Raymond S. Weber (WSBA #18207)
    Rachael R. Wallace (WSBA #49778)
    STOKES LAWRENCE, P.S.
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101
    (206) 626-6000
    Fax: (206) 464-1496
    Email: Ray.Weber@stokeslaw.com
    Email: Rachael.Wallace@stokeslaw.com

Attorneys for Defendant Minagrex Corporation
d/b/a MGX Stone

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE TO ANSWER TO FIRST AMENDED COMPLAINT -
2:19-cv-01697

-2-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1 | and
2 |
3 | By: */s/ Rachel S. Black*
  |     Rachel S. Black (WSBA #32204)
4 |     SUSMAN GODFREY L.L.P.
  |     1201 Third Avenue, Suite 3800
5 |     Seattle, WA 98101
  |     (206) 516-3880
6 |     Fax: (206) 516-3883
  |     Email: rblack@susmangodfrey.com

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE TO ANSWER TO FIRST AMENDED COMPLAINT -
2:19-cv-01697

-3-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000