HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | NO. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES**<br><br>**Note on Motion Calendar:**<br>**April 10, 2020** |

WHEREAS, on December 13, 2019, the Court issued an Order Setting Trial Date and Related Dates (Dkt. No. 15);

WHEREAS, due to the unprecedented effects of the COVID-19 pandemic, and the challenges and difficulties associated with conducting discovery under Washington's stay-at-home order, the parties determined that a change to the dates and schedule previously set by the Court is necessary;

WHEREAS, the parties have agreed to extend certain deadlines due to the challenges and difficulties associated with conducting discovery under Washington's stay-at-home order;

WHEREAS, the parties believe that the Court is well acquainted with the circumstances of this national health emergency, and is more than likely aware of the general

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - 1
Case No. 2:19-cv-01697-RSM

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

iManage\02160\016025\7258933.v1-4/9/20

nature of the impact on law firms during this uncertain time; however, should the Court require declarations explaining the impact of the COVID-19 pandemic of their respective counsel's law firms, the parties are more than willing to articulate specific circumstances supporting good cause for this modification.

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendant, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that trial be continued from October 26, 2020 to January 11, 2021 or as soonest thereafter as the Court permits, and the deadlines in the shall be modified as set forth below:

| Event Title | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| **JURY TRIAL DATE** | **October 26, 2020** | **January 11, 2021** |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | April 29, 2020 | July 15, 2020 |
| All Motions Related to Discovery must be filed by (*see* LCR 7(d)) | May 29, 2020 | August 14, 2020 |
| Discovery Completed by | June 29, 2020 | September 14, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | July 28, 2020 | October 13, 2020 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | September 11, 2020 | November 27, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 28, 2020 | December 14, 2020 |
| Agreed pretrial order due | October 14, 2020 | December 30, 2020 |

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - 2
Case No. 2:19-cv-01697-RSM

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907

iManage\02160\016025\7258933.v1-4/9/20

| | | |
|---|---|---|
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 21, 2020 | January 6, 2021 |

DATED this 10th day of April, 2020.

        TOMLINSON BOMSZTYK RUSS

        By:  /s/ Blair M. Russ
        Andrew C. Morris, WSBA #55617
        Blair M. Russ, WSBA #40374
        1000 Second Avenue, 3660
        Seattle, WA 98104
        Phone:  (206) 621-1871
        Fax:     (206) 621-9907
        Email:   acm@tbr-law.com
                  bmr@tbr-law.com

        Attorneys for Defendant

        SUSMAN GODFREY LLP

        By:  /s/ Rachel S. Black
        Rachel S. Black, WSBA #32204
        Alexander W. Aiken (*pro hac vice*)
        1201 Third Avenue, Suite 3800
        Seattle, WA 98101
        Phone:   (206) 516-3880
        Fax:       (206) 516-3883
        Email: rblack@susmangodfrey.com
                aaiken@susmangodfrey.com

        Attorneys for Plaintiff

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - 3
Case No. 2:19-cv-01697-RSM



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

iManage\02160\016025\7258933.v1-4/9/20

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 15th day of April, 2020.

						RICARDO S. MARTINEZ
						CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

By: /s/ Blair M. Russ
Andrew C. Morris, WSBA #55617
Blair M. Russ, WSBA #40374
TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, 3660
Seattle, WA 98104
Phone: (206) 621-1871
Fax:    (206) 621-9907
Email: acm@tbr-law.com
           bmr@tbr-law.com

Attorneys for Defendant


By: /s/ Rachel S. Black
Rachel S. Black, WSBA #32204
Alexander W. Aiken (pro hac vice)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone:         (206) 516-3880
Fax:    (206) 516-3883
Email: rblack@susmangodfrey.com
           aaiken@susmangodfrey.com

Attorneys for Plaintiff

STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 4
Case No. 2:19-cv-01697-RSM

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

iManage\02160\016025\7258933.v1-4/9/20