Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSMOS GRANITE (WEST), LLC, a Washington limited liability company,

Plaintiff,

v.

MINAGREX CORPORATION, d/b/a MGX Stone,

Defendant.

Case No. 2:19-cv-01697-RSM

**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES**

WHEREAS, on April 15, 2020, the Court signed an Order for Extension of Certain Deadlines (Dkt. No. 30);

WHEREAS, due to the continued unprecedented effects of the COVID-19 pandemic, and the challenges and difficulties associated with conducting discovery under Washington's stay-at-home order, the parties determined that a change to the dates and schedule previously set by the Court and agreed to by the parties is necessary;

WHEREAS, the parties have agreed to extend certain deadlines due to the due to the challenges and difficulties associated with conducting discovery under Washington's stay-at-home order;

WHEREAS, the parties believe that the Court is well acquainted with the circumstances of this national health emergency, and is more than likely aware of the general nature of the impact

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

on law firms during this uncertain time; however, should the Court require declarations explaining the impact of the COVID-19 pandemic of their respective counsel's law firms, the parties are more than willing to articulate specific circumstances supporting good cause for this modification.

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendant, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that trial be continued from January 11, 2021 to June 14, 2021 or as soonest thereafter as the Court permits, and the deadlines in the shall be modified as set forth below:

| Event Title | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **January 11, 2021** | **June 14, 2021** |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | July 15, 2020 | December 16, 2020 |
| All Motions Related to Discovery must be filed by (*see* LCR 7(d)) | August 14, 2020 | January 15, 2021 |
| Discovery Completed by | September 14, 2020 | February 15, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | October 13, 2020 | March 16, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | November 27, 2020 | April 30, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | December 14, 2020 | May 17, 2021 |
| Agreed pretrial order due<br><br>Pretrial conference to be scheduled by the Court. | December 30, 2020 | June 2, 2021 |

STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 2
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | January 6, 2020 | June 9, 2021 |

DATED this 10th day of June, 2020.

SUSMAN GODFREY L.L.P.

By: */s/ Rachel S. Black*
Rachel S. Black, WSBA #32204
Alexander W. Aiken (*pro hac vice*)
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone:   (206) 516-3880
Fax:       (206) 516-3883
Email: rblack@susmangodfrey.com
           aaiken@susmangodfrey.com

*Attorneys for Plaintiff*

TOMLINSON BOMSZTYK RUSS

By: */s/ Blair M. Russ (w/permission)*
Andrew C. Morris, WSBA #55617
Blair M. Russ, WSBA #40374
1000 Second Avenue, 3660
Seattle, WA 98104
Phone:   (206) 621-1871
Fax:       (206) 621-9907
Email:    acm@tbr-law.com
             bmr@tbr-law.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - 3
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 12th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

By: */s/ Rachel S. Black*
Rachel S. Black, WSBA #32204
Alexander W. Aiken (pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax:    (206) 516-3883
Email: rblack@susmangodfrey.com
          aaiken@susmangodfrey.com

*Attorneys for Plaintiff*

By: */s/ Blair M. Russ (w/permission)*
Andrew C. Morris, WSBA #55617
Blair M. Russ, WSBA #40374
TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, 3660
Seattle, WA 98104
Phone: (206) 621-1871
Fax:    (206) 621-9907
Email: acm@tbr-law.com
          bmr@tbr-law.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - *4*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883