# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No.: 2:19-cv-01697-RSM<br><br>ORDER GRANTING JOINT MOTION TO SEAL THE MINAGREX'S REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF CERTAIN DEADLINES |

THIS MATTER, having come before the Court on the Plaintiff's and Defendant's Joint Motion to Seal Minagrex's Reply in Support of its Motion for Extension of Certain Deadlines, and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted.  Now, therefore,

IT IS HEREBY ORDERED that the Joint Motion to Seal Minagrex's Reply in Support of its Motion for Extension of Certain Deadlines is GRANTED, and that Minagrex's Reply in support of its Motion for Extension of Certain Deadlines can be filed under seal.  Minagrex is DIRECTED to file a redacted version of the Reply within seven (7) days of this Order.

DATED this 14th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO SEAL MINAGREX'S
REPLY - 1

Case No. 2:19-cv-01697-RSM