THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>                             Plaintiff,<br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br>                             Defendant. | Case No.: 2:19-cv-01697-RSM<br><br>ORDER GRANTING JOINT MOTION TO SEAL THE DECEMBER 16, 2020 EXPERT REPORT OF PAUL PEDERSON<br><br>*[Clerk's Action Required]* |

THIS MATTER, having come before the Court on the Plaintiff's and Defendant's Joint Motion to Seal the December 16, 2020 Expert Report of Paul Pederson, and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted.  Now, therefore,

IT IS HEREBY ORDERED that the Joint Motion to Seal the December 16, 2020 Expert Report of Paul Pederson is GRANTED, and that the December 16, 2020 Expert Report of Paul Pederson can be filed under seal.

DATED this 14th day of January, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO SEAL THE DECEMBER 16, 2020 EXPERT REPORT OF PAUL PEDERSON - 1

Case No. 2:19-cv-01697-RSM

TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

Presented by:

TOMLINSON BOMSZTYK RUSS

By: */s/ Blair M. Russ*
Blair M. Russ, WSBA #40374
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Phone: (206) 621-1871
Fax: (206) 621-9907
Email: bmr@tbr-law.com
*Attorney for Defendant*

SUSMAN GODFREY LLP

By:    */s/ Rachel S. Black [per email]*
Rachel S. Black, WSBA #32204
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
Email: rblack@susmangodfrey.com
*Attorneys for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

*/s/ Lisa Sebree*
Lisa Sebree, Paralegal
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Phone: 206.621.1871
Email: lae@tbr-law.com

ORDER GRANTING JOINT MOTION TO SEAL THE DECEMBER 16, 2020 EXPERT REPORT OF PAUL PEDERSON - 2

Case No. 2:19-cv-01697-RSM

TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907