Honorable Ricardo S. Martinez

Betsy A. Gillaspy, WSBA No. 21340
Chelsey Thorne, WSBA No. 49740
Gillaspy & Rhode. PLLC
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Tel: (425) 646-2956
Email: bgillaspy@gillaspyrhode.com
Email: cthorne@gillaspyrhode.com
*Attorney for Minagrex Corporation, d/b/a MGX Stone*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | CASE NO.: 2:19-CV-01697-RSM<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

COMES NOW Plaintiffs and Defendants herein, by and through their counsel of record, hereby stipulate to the Court's entry of the Order withdrawing Blair Michael Russ, Andrew Morris, and Jacob Brown and the law firm of Tomlinson Bomsztyk Russ, whose address is stated below, as attorney of record for defendant Minagrex Corporation, d/b/a MGX Stone and substituting Betsy A. Gillaspy and Chelsey Thorne and the law firm of Gillaspy & Rhode, PLLC, as attorneys of record for the withdrawing counsel.

Betsy A. Gillaspy and Chelsey Thorne and the law firm of Gillaspy & Rhode, PLLC, hereby assume all the responsibilities of local counsel per LCR 83.1(d)(2) necessary to maintain Mark Hill's pro hac vice admission in this Court.

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

DATED this 26th day of March, 2021.

| **TOMLINSON BOMSZTYK RUSS** | **GILLASPY & RHODE, PLLC** |
|---|---|
| _____ | _____ |
| Blair Michael Russ, WSBA # 40374<br>Andrew Morris WSBA # 55617<br>Jacob Brown WSBA # 44052<br>Withdrawing *Attorney for Minagrex Corporation, d/b/a MGX Stone*<br>TOMLINSON BOMSZTYK RUSS<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104 | Betsy A. Gillaspy, WSBA #21340<br>Chelsey Thorne, WSBA No. 49740<br>*Substituting Attorney for Minagrex Corporation, d/b/a MGX Stone*<br>Gillaspy & Rhode, PLLC<br>821 Kirkland Avenue, Suite 200<br>Kirkland, WA 98033 |

**SUSMAN GODFREY**

_____
Alexander W Aiken (PRO HAC VICE)
Rachel S Black
Benjamin McGregor Manne
SUSMAN GODFREY
1201 Third Ave., Suite 3800
Seattle, WA 98101
206-516-3880
aaiken@susmangodfrey.com
rblack@susmangodfrey.com
bmanne@susmangodfrey.com
*Counsel for Cosmos Granite (West), LLC*

///

///

///

///

///

///

///

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

**ORDER**

NOW, THEREFORE, it is hereby ORDERED that the Parties' Stipulated Motion to Withdrawal and Substitution of Counsel is GRANTED and Copies of All Further Papers and Proceedings herein, except original process, shall be served upon the substituted attorneys of record for defendant Minagrex Corporation, d/b/a MGX Stone.

This withdrawal and substitution of attorneys will be effective immediately.

DATED this 31st day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alexander W Aiken (PRO HAC VICE)<br>Rachel S Black<br>Benjamin McGregor Manne<br>SUSMAN GODFREY<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>206-516-3880<br>aaiken@susmangodfrey.com<br>rblack@susmangodfrey.com<br>bmanne@susmangodfrey.com<br>*Counsel for Cosmos Granite (West), LLC* | Andrew Morris<br>Jacob R. Brown<br>Blair Michael Russ<br>TOMLINSON BOMSZTYK RUSS<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>206-621-1871<br>acm@tbr-law.com<br>jrb@tbr-law.com<br>bmr@tbr-law.com<br>*Counsel for Minagrex Corporation, d/b/a MGX Stone* |

Mark Hill (Pro Hac Vice)
Scheef & Stone, LLP
2600 Network Blvd, Suite 400
Frisco, TX 75034
214-472-2100
Mark.Hill@solidcounsel.com
*Counsel for Minagrex Corporation, d/b/a MGX Stone*

DATED this _____ day of March, 2021.

_____
Rebecca SaeChao

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 4

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995