Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES** |

WHEREAS, on January 19, 2021, the Court signed an Order for Extension of Certain Deadlines (Dkt. No. 75);

WHEREAS, Plaintiff's Manager Hari Hara Prasad Nallapaty is currently in India, which is suffering from the world's worst COVID-19 outbreak, has several states that have implemented a lock down, and faces increasing pressure to institute a national lockdown in the face of its relentless COVID-19 crisis;

WHEREAS the United States has restricted travel from India due to the surge in COVID-10 in that country;

WHEREAS due to the unprecedented effects of the COVID-19 pandemic in India and the challenges and loss that Mr. Nallapaty has faced in light of the pandemic, the discovery that is necessary that involves Mr. Nallapaty, and the upcoming discovery completion deadline that will

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - *1*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

be difficult to meet in light of Mr. Nallapaty's circumstances, the parties determined that there was good cause to extend the dates and schedule previously set by the Court, and agreed such an extension is necessary;

WHEREAS, the parties believe that the Court is well acquainted with the circumstances of this health emergency and the challenges it may pose; however, should the Court require a declaration explaining the impact of the COVID-19 pandemic on the parties' ability to meet the current deadlines, the parties are more than willing to articulate specific circumstances supporting good cause for this modification by submitting a declaration;

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel for Plaintiff and Defendant, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that trial be continued from October 12, 2021 to November 16, 2021 or as soonest thereafter as the Court permits, and the deadlines in the shall be modified as set forth below:

| Event Title | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| **JURY TRIAL DATE** | **October 12, 2021** | **November 16, 2021** |
| All Motions Related to Discovery must be filed by (*see* LCR 7(d)) | May 17, 2021 | June 21, 2021 |
| Discovery Completed by | June 14, 2021 | July 19, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | July 14, 2021 | August 18, 2021 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | August 30, 2021 | September 4, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 14, 2021 | October 19, 2021 |
| Agreed pretrial order due  Pretrial conference to be scheduled by the Court. | September 30, 2021 | November 4, 2021 |

STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - *2*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 7, 2021 | November 12, 2021 |

DATED this 13th day of May, 2021.

SUSMAN GODFREY L.L.P.

By: */s/ Rachel S. Black*
Rachel S. Black, WSBA #32204
Alexander W. Aiken, WSBA #55988
Benjamin M. Manne, WSBA #54537
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone:   (206) 516-3880
Fax:       (206) 516-3883
Email:   rblack@susmangodfrey.com
            aaiken@susmangodfrey.com
            bmann@susmangodfrey.com

*Attorneys for Plaintiff*

GILLASPY & RHODE, PLLC

By: */s/ Betsy A. Gillaspy*
Betsy A. Gillaspy, WSBA #21340
Chelsey Thorne, WSBA #49740
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Phone:   425-646-2956
Email:     bgillaspy@gillaspyrhode.com
              cthorne@gillaspyrhode.com

Mark Hill
SCHEEF & STONE
2600 Network Boulevard
Suite 400
Frisco, TX 75034
Phone:214-472-2126
Email: mark.hill@solidcounsel.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES - *3*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

# ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this 14th day of May, 2021.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

By: */s/ Rachel S. Black*
 Rachel S. Black, WSBA #32204
 Alexander W. Aiken, WSBA #55988
 Benjamin M. Manne, WSBA #54537
 1201 Third Avenue, Suite 3800
 Seattle, WA 98101
 Phone: (206) 516-3880
 Fax: (206) 516-3883
 Email: rblack@susmangodfrey.com
   aaiken@susmangodfrey.com
   bmann@susmangodfrey.com

*Attorneys for Plaintiff*


By: */s/ Betsy A. Gillaspy*
Betsy A. Gillaspy, WSBA #21340
Chelsey Thorne, WSBA #49740
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Phone: 425-646-2956
Email: bgillaspy@gillaspyrhode.com
   cthorne@gillaspyrhode.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR EXTENSION OF
CERTAIN DEADLINES - *4*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**