Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION AND ORDER FOR CONDUCTING DEPOSITIONS AFTER CLOSE OF DISCOVERY**<br><br>Noted on Motion Calendar:<br>**July 9, 2021** |

**WHEREAS**, the parties (the "Parties") in the above-captioned action (the "Action") are engaged in discovery and desire to depose witnesses in this Action;

**WHEREAS**, the Parties anticipate that four depositions will need to be conducted after the close of discovery, which is on July 19, 2021, due to witness unavailability and schedule conflicts;

**WHEREAS** the parties submit there is good cause to allow the four depositions to go forward within a short period of time of the close of fact discovery and have determined that this limited extension will not affect the remainder of the case schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, in accordance with LCR 7(d)(1) and 10(g), subject to the approval of the Court, that fact discovery deadline be modified only to allow the following depositions to occur:

1. The deposition of Venkatswarao Are shall occur on July 21, 2021;

STIPULATED MOTION AND ORDER FOR CONDUCTING
DEPOSITION AFTER CLOSE OF DISCOVERY - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

2. The deposition of Minagrex Corporation's corporate representative shall occur on July 26, 2021.

3. The deposition of third party witness Vamsi Nallapati may occur after the fact discovery deadline, according to the witness's and his counsel's availability;

4. The deposition of one former employee of Defendant Minagrex Corporation may occur after the fact discovery deadline, according to the witness's and his counsel's availability.

No other deadlines are affected or extended.

Dated: July 12, 2021

| | |
|---|---|
| /s/ Rachel S. Black<br>Rachel S. Black, WSBA #32204<br>rblack@susmangodfrey.com<br>Alexander W. Aiken (WSBA #55988)<br>aaiken@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Phone: (206) 516-3880<br>Fax: (206) 516-3883<br><br>Chelsea V. Samuels (*pro hac vice*)<br>csamuels@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Phone: (310) 789-3100<br><br>*Attorneys for Cosmos Granite (West) LLC* | /s/ Betsy A. Gillaspy (w/permission)<br>Mark L. Hill (Pro Hac Vice)<br>mark.hill@solidcounsel.com<br>TX State Bar # 24034868<br>**SCHEEF &STONE, PLLC**<br>2600 Network Boulevard, Suite 400<br>Frisco, Texas 75034<br>Phone: (214) 472-2126<br><br>Betsy A. Gillaspy, WSBA #21340<br>bgillaspy@gillaspyrhode.com<br>Chelsey Thorne, WSBA #49740<br>cthorne@gillaspyrhode.com<br>**GILLASPY &RHODE, PLLC**<br>821 Kirkland Avenue, Suite 200<br>Kirkland, WA 98033<br>Phone: (425) 646-2956<br><br>*Attorneys for Defendant* |

STIPULATED MOTION AND ORDER FOR CONDUCTING
DEPOSITION AFTER CLOSE OF DISCOVERY - 2
Case No. 2:19-cv-01697-RSM

S U S M A N  G O D F R E Y  L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

# ORDER

Based upon the foregoing and for good cause shown, IT IS SO ORDERED.

DATED this 12th day of July, 2021.

                      *[signature]*
                      RICARDO S. MARTINEZ
                      CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Rachel S. Black
Rachel S. Black, WSBA #32204
rblack@susmangodfrey.com
Alexander W. Aiken (WSBA #55988)
aaiken@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

Chelsea V. Samuels (*pro hac vice*)
csamuels@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

*Attorneys for Cosmos Granite (West) LLC*


 /s/ Betsy A. Gillaspy (w/permission)
Mark L. Hill (Pro Hac Vice)
mark.hill@solidcounsel.com
TX State Bar # 24034868
**SCHEEF &STONE, PLLC**
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Phone: (214) 472-2126

ORDER - *1*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

Betsy A. Gillaspy, WSBA #21340
bgillaspy@gillaspyrhode.com
Chelsey Thorne, WSBA #49740
cthorne@gillaspyrhode.com
**GILLASPY &RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Phone: (425) 646-2956

*Attorneys for Defendant*

ORDER - *2*
Case No. 2:19-cv-01697-RSM

S U S M A N  G O D F R E Y  L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**