HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>　　　　　　　　　　　　Defendant. | NO. 2:19-cv-01697-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL MINAGREX'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Clerk's Action Required]* |

THIS MATTER, having come before the Court on Defendant's Stipulated Motion to Seal its Motion for Summary Judgment [Dkt. 126], and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted. Now, therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal its Motion for Summary Judgment is GRANTED.

DATED this 16th day of September, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: August 18, 2021 | By: /s/ Betsy A. Gillaspy<br>Betsy A. Gillaspy, WSBA#21340<br>bgillaspy@gillaspyrhode.com<br>Chelsey Thorne, WSBA #49740<br>cthorne@gillaspyrhode.com<br>GILLASPY & RHODE, PLLC<br>821 Kirkland Avenue, Suite 200<br>Kirkland, WA 98033<br>Phone: (425) 646-2956<br><br>Mark L. Hill (*Pro Hac Vice*)<br>Texas State Bar # 24034868<br>mark.hill@solidcounsel.com<br>Walker Steven Young (*Pro Hac Vice*)<br>Texas State Bar # 24102676<br>walker.young@solidcounsel.com<br>SCHEEF & STONE, LLP<br>2600 Network Boulevard, Suite 400<br>Frisco, TX 75034<br>Phone:  (214) 472-2126<br><br>*Attorneys for Minagrex Corporation d/b/a MGX Stone* |

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
MINAGREX'S MOTION FOR SUMMARY JUDGMENT- 2

Case No. 2:19-cv-01697-RSM