HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | **NO. 2:19-cv-01697-RSM**<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Clerk's Action Required]* |

THIS MATTER, having come before the Court on Defendant's Stipulated Motion to Seal Document in Support of its Motion for Summary Judgment [Dkt. 131], and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted. Now, therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal Document in Support of its Motion for Summary Judgment is GRANTED.

DATED this 16th day of September, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
MINAGREX'S DOCUMENT ISO MOTION FOR SUMMARY
JUDGMENT- 1

Case No. 2:19-cv-01697-RSM

1

2  Dated: August 18, 2021

By: _/s/ Betsy A. Gillaspy_____
Betsy A. Gillaspy, WSBA#21340

3  bgillaspy@gillaspyrhode.com
Chelsey Thorne, WSBA #49740

4  cthorne@gillaspyrhode.com
GILLASPY & RHODE, PLLC

5  821 Kirkland Avenue, Suite 200
Kirkland, WA 98033

6  Phone: (425) 646-2956

7  Mark L. Hill (*Pro Hac Vice*)
Texas State Bar # 24034868

8  mark.hill@solidcounsel.com
Walker Steven Young (*Pro Hac Vice*)

9  Texas State Bar # 24102676
walker.young@solidcounsel.com

10  SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400

11  Frisco, TX 75034
Phone:  (214) 472-2126

12
*Attorneys for Minagrex Corporation d/b/a*

13  *MGX Stone*

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
MINAGREX'S DOCUMENT ISO MOTION FOR SUMMARY
JUDGMENT- 2

Case No. 2:19-cv-01697-RSM