Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION TO SEAL EXHIBIT 37 ATTACHED TO THE DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Noted on Motion Calendar:<br>September 7, 2021** |

Pursuant to Local Civil Rule 5(g), Plaintiff, Cosmos Granite (West), LLC ("Cosmos") and Defendant, Minagrex Corporation d/b/a/ MGX Stone ("Minagrex") jointly request that the Court enter an order to Seal/Redact Exhibit 37 to the Declaration of Rachel S. Black in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Black Decl."). Plaintiff contends that Exhibit 37 contains confidential information pursuant to the Protective Order entered in this case. Defendant takes no position concerning the confidentiality of Exhibit 37.

Plaintiff's position is that the designation of Exhibit 37 as sealed should be maintained to protect the legitimate privacy interests of Plaintiff in accordance with the Protective Order issued in this case. *See* Dkt. #16. Exhibit 37 contains confidential, proprietary, and private information that Plaintiff designated as Confidential pursuant to and consistent with the Protective Order entered in this case, because it contains previously nondisclosed and confidential sales information

STIPULATED MOTION TO SEAL EXHIBIT 37 FILED IN SUPPORT OF COSMOS' OPPOSITION - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

concerning one of Plaintiff's customer, to which Plaintiff believes it owes a duty of confidentiality. Plaintiff has a legitimate business interest in keeping such information private, and thus requires that this document be filed under seal pursuant to Paragraphs 2.1(c), (d), and (g) of the Protective Order. Dkt. #16.

After review of the referenced Exhibit, ¶4.4 of the Stipulated Protective Order and Local Rule 5(g), Minagrex and Plaintiff both believe that a less restrictive alternative is not sufficient to protect the confidential information referenced above because redaction of the same would substantively frustrate the purpose of its admission.

Dated:  September 7, 2021                    By:  /s/ Rachel S. Black
                                                  Rachel S. Black, WSBA #32204
                                                  rblack@susmangodfrey.com
                                                  Alexander W. Aiken (*Pro Hac Vice*)
                                                  aaiken@susmangodfrey.com
                                                  Benjamin Manne, WSBA # 54537
                                                  bmanne@susmangodfrey.com
                                                  SUSMAN GODFREY L.L.P.
                                                  1201 Third Avenue, Suite 3800
                                                  Seattle, WA 98101
                                                  Phone: (206) 516-3880
                                                  Fax: (206) 516-3883

                                                  Chelsea V. Samuels (*pro hac vice* pending)
                                                  csamuels@susmangodfrey.com
                                                  SUSMAN GODFREY L.L.P.
                                                  1900 Avenue of the Stars, Suite 1400
                                                  Los Angeles, CA 90067
                                                  Phone: (310) 789-3100

                                                  *Attorneys for Cosmos Granite (West) LLC*

Dated: September 7, 2021                     By:   /s/ Betsy A. Gillaspy (w/perm.)
                                                  Betsy A. Gillaspy, WSBA#21340
                                                  bgillaspy@gillaspyrhode.com
                                                  GILLASPY & RHODE, PLLC
                                                  821 Kirkland Avenue, Suite 200
                                                  Kirkland, WA 98033
                                                  Phone: (425) 646-2956

                                                  Mark L. Hill (*Pro Hac Vice*)
                                                  Texas State Bar # 24034868

STIPULATED MOTION TO SEAL EXHIBIT 37 FILED            SUSMAN GODFREY L.L.P.
IN SUPPORT OF COSMOS' OPPOSITION - 2                  1201 Third Avenue, Suite 3800
Case No. 2:19-cv-01697-RSM                            Seattle, WA 98101-3000
                                                      Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

mark.hill@solidcounsel.com
Walker Steven Young (*Pro Hac Vice*)
Texas State Bar # 24102676
walker.young@solidcounsel.com
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, TX 75034
Phone: (214) 472-2126

*Attorneys for Minagrex Corporation d/b/a MGX Stone*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with counsel for Defendant in a telephonic meet and confer on September 3, 2021 (Chelsea Samuels and Walker Young participated), and counsel agreed that, per Minagrex's and Plaintiff's representations concerning the confidentiality of the documents at issue, a Stipulated Motion Seal was proper to protect the confidential information, and that there was no alternative to filing under seal.

                                         /s/ Rachel S. Black
                                         Rachel S. Black

STIPULATED MOTION TO SEAL EXHIBIT 37 FILED
IN SUPPORT OF COSMOS' OPPOSITION - *3*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

**ORDER**

Based upon the foregoing and for good cause shown, the Court ORDERS that the Stipulated Motion to Seal is GRANTED.

DATED this 16th day of September, 2021.

                                                                          RICARDO S. MARTINEZ
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Error! Unknown document property name.