Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION TO SEAL PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Noted on Motion Calendar: August 18, 2021** |

Pursuant to Local Civil Rule 5(g), Plaintiff, Cosmos Granite (West), LLC ("Cosmos") and Defendant, Minagrex Corporation d/b/a/ MGX Stone ("Minagrex") jointly request that the Court enter an order to Seal/Redact Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Motion:"). Minagrex understands that Plaintiff's Motion relies on, references, or quotes Exhibits 11, 16, 17, 18, 19, 23, 26, 27, 28, 29, 30, 33, 35, 37, 68, 70, 79, 82, 83, and 88 to the supporting Declaration of Rachel S. Black ("Black Declaration"), and alleges that such Exhibits contain confidential information pursuant to the Protective Order entered in this case. Plaintiff takes no position concerning the confidentiality of the aforementioned exhibits or reference thereto in Plaintiff's Motion. Plaintiff contends that Plaintiff's Motion references information from Black Declaration Exhibits 2 and 3, which contain confidential information pursuant to the Protective

STIPULATED MOTION TO SEAL
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Order entered in this case. Defendant takes no position concerning the confidentiality of Exhibits 2 and 3 and any references thereto in Plaintiff's Motion.

Defendant's position is that the designation of Exhibits 11, 16, 17, 18, 19, 23, 26, 27, 28, 29, 30, 33, 35, 37, 68, 70, 79, 82, 83, and 88, and references thereto in Plaintiff's Motion, should be maintained to protect the legitimate private interests of Minagrex and third-parties, to which it owes an obligation of confidentiality, in accordance with the Stipulated Protective Order [Dkt. 16]. Specifically, Minagrex believes that the Exhibits referenced satisfy, individually and collectively, the requirements set forth in ¶2.2 (a), (c), (d), (e), (f), and ¶2.3 of the Stipulated Protective Order [Dkt. 16]. Said Exhibits contain confidential sales information, trade secrets, confidential and sales related communications with third-parties to which Minagrex believes it owes a duty of confidentiality, agreements with third-parties that are not otherwise, supplier lists, information related to the ownership or control of a non-public company, and other previously non-disclosed sales and financial information worthy of the Court's protection as specified in the Stipulated Protective Order [Dkt. 16].

Plaintiff's position is that information in Plaintiff's Motion from Exhibits 2 and 3 should be filed under seal to protect the legitimate private interests of Plaintiff in accordance with the Protective Order issued in this case (Dkt. #16). Exhibits 2 and 3 contain confidential proprietary, and private information that Plaintiff designated as Confidential pursuant to and consistent with the Protective Order entered in this case, because it contains previously nondisclosed information relating to the ownership and control of Plaintiff, a non-public company. Plaintiff has a legitimate business interest in keeping information relating to its ownership and control private, and thus requires that this document be filed under seal. *See* Dkt. #16 at p. 2 ¶ 2.2(a) (stating that confidential information includes "previously nondisclosed material relating to ownership or control of any non-public entity).

After review of each referenced Exhibit, ¶4.4 of the Stipulated Protective Order and Local Rule 5(g), Minagrex and Plaintiff both believe that a less restrictive alternative is not sufficient to

STIPULATED MOTION TO SEAL
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - *2*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1  protect the confidential information referenced above because redaction of the same would
2  substantively frustrate the purpose of its admission.
3       Plaintiff is filing publicly a redacted Motion concurrently herewith.
4
5  Dated:  August 18, 2021                By:  /s/ Rachel S. Black
                                          Rachel S. Black, WSBA #32204
6                                         rblack@susmangodfrey.com
                                          Alexander W. Aiken (*Pro Hac Vice*)
7                                         aaiken@susmangodfrey.com
                                          Benjamin Manne, WSBA # 54537
8                                         bmanne@susmangodfrey.com
                                          SUSMAN GODFREY L.L.P.
9                                         1201 Third Avenue, Suite 3800
                                          Seattle, WA 98101
10                                        Phone: (206) 516-3880
                                          Fax: (206) 516-3883
11
                                          Chelsea V. Samuels (*pro hac vice* pending)
12                                        csamuels@susmangodfrey.com
                                          SUSMAN GODFREY L.L.P.
13                                        1900 Avenue of the Stars, Suite 1400
                                          Los Angeles, CA 90067
14                                        Phone: (310) 789-3100
15                                        *Attorneys for Cosmos Granite (West) LLC*
16
17 Dated: August 18, 2021                 By:   /s/ Betsy A. Gillaspy
                                          Betsy A. Gillaspy, WSBA#21340
18                                        bgillaspy@gillaspyrhode.com
                                          Chelsey Thorne, WSBA #49740
19                                        cthorne@gillaspyrhode.com
                                          GILLASPY & RHODE, PLLC
20                                        821 Kirkland Avenue, Suite 200
                                          Kirkland, WA 98033
21                                        Phone: (425) 646-2956
22
                                          Mark L. Hill (*Pro Hac Vice*)
23                                        Texas State Bar # 24034868
                                          mark.hill@solidcounsel.com
24                                        Walker Steven Young (*Pro Hac Vice*)
                                          Texas State Bar # 24102676
25                                        walker.young@solidcounsel.com
                                          SCHEEF & STONE, LLP
26                                        2600 Network Boulevard, Suite 400
27

Frisco, TX 75034
Phone: (214) 472-2126

*Attorneys for Minagrex Corporation d/b/a MGX Stone*

STIPULATED MOTION TO SEAL
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - *4*
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff conferred with counsel for Defendant in a telephonic meet and confer on August 18, 2021 (Chelsea Samuels and Walker Young participated), and counsel agreed that, per Minagrex's and Plaintiff's representations concerning the confidentiality of the documents at issue, a Stipulated Motion Seal was proper to protect the confidential information, and that there was no alternative to filing under seal.

    /s/ Rachel S. Black
Rachel S. Black

STIPULATED MOTION TO SEAL
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 5
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

## ORDER

Based upon the foregoing and for good cause shown, the Court ORDERS that the Stipulated Motion to Seal is GRANTED.

DATED this 16th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO SEAL
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT- *6*
Case No. 2:19-cv-01697-RSM

8370820v1/016025

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                     */s/ Rachel S. Black*
                                                     Rachel S. Black

                                                                                        Hon. Ricardo S. Martinez

CERTIFICATE OF SERVICE - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883