Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT 1 TO THE DECLARATION OF HARI HARA PRASAD NALLAPATY IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having reviewed Plaintiff's Motion to Seal Exhibit 1 to the Declaration of Hari Hara Prasad Nallapaty, filed in Support of Plaintiff's Reply to Motion for Partial Summary Judgment, and for good cause shown, the Court hereby:

ORDERS that the Stipulated Motion to Seal is GRANTED.  Exhibit 1 to the September 10, 2021 Declaration of Hari Hara Prasad Nallapaty are sealed.

DATED this 24th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT 1 TO THE DECLARATION OF HARI HARA PRASAD NALLAPATY - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883