Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**STIPULATED MOTION AND ORDER TO SEAL EXHIBITS 1-3 ATTACHED TO THE DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTIONS *IN LIMINE***<br><br>**Noted on Motion Calendar:**<br>**November 1, 2021** |

Pursuant to Local Civil Rule 5(g), Plaintiff, Cosmos Granite (West), LLC ("Cosmos") and Defendant, Minagrex Corporation d/b/a/ MGX Stone ("Minagrex") jointly request that the Court enter an order to Seal/Redact Exhibits 1–3 to the Declaration of Rachel S. Black in Support of Plaintiff's Objections to Defendant's Motions *in Limine* ("Black Decl."). Plaintiff contends that Exhibits 1 and 2 contain confidential information pursuant to the Protective Order entered in this case. Defendant takes no position concerning the confidentiality of Exhibits 1 and 2, but contends that Exhibit 3 contains confidential information pursuant to the Protective Order entered in this case.

Plaintiff's position is that the designation of Exhibits 1 and 2 as sealed should be maintained to protect the legitimate privacy interests of Plaintiff in accordance with the Protective Order issued in this case. *See* Dkt. #16. Exhibits 1 and 2 contain confidential, proprietary, and private information

STIPULATED MOTION TO SEAL EXHIBITS 1-3 FILED IN SUPPORT OF COSMOS' OBJECTIONS TO DEF'S MOTIONS *IN LIMINE* - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

that Plaintiff designated as Confidential pursuant to and consistent with the Protective Order entered in this case, because it contains previously nondisclosed and confidential and sensitive financial and business information concerning Plaintiff, which is a privately owned company. Plaintiff has a legitimate business interest in keeping such information private, and thus requires that this document be filed under seal pursuant to Paragraphs 2.2 (c) and (g) of the Protective Order. Dkt. #16.

Defendant's position is that Exhibit 3 should be sealed to maintain the legitimate privacy interests of Defendant in accordance with the Protective Order issued in this case. See Dekt. #16. Exhibit 3 contains confidential, proprietary, and private information that Defendant designated as Confidential pursuant to and consistent with the Protective Order entered in this case, because it contains previously nondisclosed and confidential and sensitive business information concerning its sales and other commercial information pursuant to Paragraph 2.2(c) of the Protective Order. Dkt. #16.

After review of the referenced Exhibits, ¶ 4.4 of the Stipulated Protective Order and Local Rule 5(g), Minagrex and Plaintiff both believe that a less restrictive alternative is not sufficient to protect the confidential information referenced above because redaction of the same would substantively frustrate the purpose of its admission.

Dated:  November 1, 2021

By: */s/ Rachel S. Black*
Rachel S. Black, WSBA #32204
rblack@susmangodfrey.com
Alexander W. Aiken (*Pro Hac Vice*)
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

Chelsea V. Samuels (*pro hac vice*)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

STIPULATED MOTION TO SEAL EXHIBITS 1-3 FILED
IN SUPPORT OF COSMOS' OBJECTIONS TO DEF'S
MOTIONS *IN LIMINE* - 2
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

|   |   |
|---|---|
| | Los Angeles, CA 90067 |
| | Phone: (310) 789-3100 |
| | |
| | *Attorneys for Cosmos Granite (West) LLC* |

Dated: November 1, 2021         By:  /s/ Betsy A. Gillaspy (w/permission)
                                Betsy A. Gillaspy, WSBA#21340
                                bgillaspy@gillaspyrhode.com
                                GILLASPY & RHODE, PLLC
                                821 Kirkland Avenue, Suite 200
                                Kirkland, WA 98033
                                Phone: (425) 646-2956

                                Mark L. Hill (*Pro Hac Vice*)
                                Texas State Bar # 24034868
                                mark.hill@solidcounsel.com
                                Walker Steven Young (*Pro Hac Vice*)
                                Texas State Bar # 24102676
                                walker.young@solidcounsel.com
                                SCHEEF & STONE, LLP
                                2600 Network Boulevard, Suite 400
                                Frisco, TX 75034
                                Phone:  (214) 472-2126

                                *Attorneys for Minagrex Corporation d/b/a MGX Stone*

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff conferred with counsel for Defendant in a telephonic meet and confer on November 1, 2021 (Chelsea Samuels and Walker Young participated), and counsel agreed that, per Minagrex's and Plaintiff's representations concerning the confidentiality of the documents at issue, a Stipulated Motion Seal was proper to protect the confidential information, and that there was no alternative to filing under seal.

                                 /s/ Rachel S. Black
                                Rachel S. Black

STIPULATED MOTION TO SEAL EXHIBITS 1-3 FILED
IN SUPPORT OF COSMOS' OBJECTIONS TO DEF'S
MOTIONS *IN LIMINE* - 3
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**ORDER**

Based upon the foregoing and for good cause shown, the Court ORDERS that the Stipulated Motion to Seal is GRANTED.

DATED this 5th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

By: /s/ Rachel S. Black
Rachel S. Black, WSBA #32204
rblack@susmangodfrey.com
Alexander W. Aiken (*Pro Hac Vice*)
aaiken@susmangodfrey.com
Benjamin Manne, WSBA # 54537
bmanne@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

Chelsea V. Samuels (*pro hac vice* pending)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

*Attorneys for Cosmos Granite (West) LLC*

STIPULATED MOTION TO SEAL EXHIBITS 1-3 FILED IN SUPPORT OF COSMOS' OBJECTIONS TO DEF'S MOTIONS IN LIMINE - 1
Case No. 2:19-cv-01697-RSM

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883