HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | CASE NO. 2:19-cv-01697-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL MINAGREX'S RESPONSE TO COSMOS' MOTION IN LIMINE**<br><br>**[Clerk's Action Required]** |

THIS MATTER, having come before the Court on Plaintiff's and Defendant's Stipulated Motion to Seal Minagrex's Motion in Limine, and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and filed herein, the Court finds that the motion should be granted. Now, therefore,

IT IS HEREBY ORDERED that the Stipulated Motion to Seal Minagrex's Response to Cosmos' Motion in Limine is GRANTED, and that Minagrex's Response to Cosmos' Motion in Limine can be filed under seal.

DATED this 17th day of November, 2021

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| ORDER GRANTING STIPULATED MOTION TO SEAL MINAGREX'S RESPONSE TO COSMOS' MOTION IN LIMINE - 1<br>Case No. 2:19-cv-01697-RSM | GILLASPY & RHODE, PLLC<br>821 Kirkland Avenue, Suite 2000<br>Kirkland, WA 98033<br>Tel: (425) 646-2956 |

| | |
|---|---|
| Dated: November 1, 2021 | By: /s/ Rachel S. Black<br>Rachel S. Black, WSBA #32204<br>rblack@susmangodfrey.com<br>Alexander W. Aiken (*Pro Hac Vice*)<br>aaiken@susmangodfrey.com<br>Benjamin Manne, WSBA # 54537<br>bmanne@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Phone: (206) 516-3880<br>Fax: (206) 516-3883<br><br>Chelsea V. Samuels (*pro hac vice* pending)<br>csamuels@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Phone: (310) 789-3100<br><br>*Attorneys for Cosmos Granite (West) LLC* |
| Dated: November 1, 2021 | By: /s/ Betsy A. Gillaspy<br>Betsy A. Gillaspy, WSBA#21340<br>bgillaspy@gillaspyrhode.com<br>Matthew R. Sturtevant, WSBA No. 51345<br>msturtevant@gillaspyrhode.com<br>GILLASPY & RHODE, PLLC<br>821 Kirkland Avenue, Suite 200<br>Kirkland, WA 98033<br>Phone: (425) 646-2956<br><br>Mark L. Hill (*Pro Hac Vice*)<br>Texas State Bar # 24034868<br>mark.hill@solidcounsel.com<br>Walker Steven Young (*Pro Hac Vice*)<br>Texas State Bar # 24102676<br>walker.young@solidcounsel.com<br>SCHEEF & STONE, LLP<br>2600 Network Boulevard, Suite 400<br>Frisco, TX 75034<br>Phone: (214) 472-2126<br><br>*Attorneys for Minagrex Corporation d/b/a MGX Stone* |

| | |
|---|---|
| ORDER GRANTING STIPULATED MOTION TO SEAL MINAGREX'S RESPONSE TO COSMOS' MOTION IN LIMINE - 2<br>Case No. 2:19-cv-01697-RSM | GILLASPY & RHODE, PLLC<br>821 Kirkland Avenue, Suite 2000<br>Kirkland, WA 98033<br>Tel: (425) 646-2956 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Mark L. Hill*
                                        Mark L. Hill

ORDER GRANTING STIPULATED MOTION TO SEAL
MINAGREX'S RESPONSE TO COSMOS' MOTION IN
LIMINE - 3
Case No. 2:19-cv-01697-RSM

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 2000
Kirkland, WA 98033
Tel: (425) 646-2956