HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | NO. 2:19-cv-01697-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE**<br><br>***[Clerk's Action Required]*** |

THIS MATTER, having come before the Court on Defendant's Stipulated Motion to Seal Document in Support of Defendant's Response to Plaintiff's Motions in Limine [Dkt. 186], and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted. Now, therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal Document in Support of its Response to Plaintiff's Motion in Limine is GRANTED.

DATED this 17th day of November, 2021.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF MINAGREX'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE- 5
Case No. 2:19-cv-01697-RSM

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 2000
Kirkland, WA 98033
Tel: (425) 646-2956

| | | |
|---|---|---|
| 1 | Dated: November 1, 2021 | By: /s/ Betsy A. Gillaspy |
| 2 | | Betsy A. Gillaspy, WSBA#21340 |
| | | bgillaspy@gillaspyrhode.com |
| 3 | | Matthew R. Sturtevant, WSBA No. 51345 |
| | | msturtevant@gillaspyrhode.com |
| 4 | | GILLASPY & RHODE, PLLC |
| 5 | | 821 Kirkland Avenue, Suite 200 |
| | | Kirkland, WA 98033 |
| 6 | | Phone: (425) 646-2956 |
| 7 | | Mark L. Hill (*Pro Hac Vice*) |
| | | Texas State Bar # 24034868 |
| 8 | | mark.hill@solidcounsel.com |
| | | Walker Steven Young (*Pro Hac Vice*) |
| 9 | | Texas State Bar # 24102676 |
| 10 | | walker.young@solidcounsel.com |
| | | SCHEEF & STONE, LLP |
| 11 | | 2600 Network Boulevard, Suite 400 |
| | | Frisco, TX 75034 |
| 12 | | Phone:  (214) 472-2126 |
| 13 | | *Attorneys for Minagrex Corporation d/b/a MGX Stone* |

ORDER GRANTING STIPULATED MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF MINAGREX'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE- *6*
Case No. 2:19-cv-01697-RSM

G I L L A S P Y  &  R H O D E ,  P L L C
821 Kirkland Avenue, Suite 2000
Kirkland, WA 98033
Tel: (425) 646-2956

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                  */s/ Mark L. Hill*
                                  Mark L. Hill

CERTIFICATE OF SERVICE ORDER GRANTING STIPULATED MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF MINAGREX'S MOTION IN LIMINE- 1
Case No. 2:19-cv-01697-RSM

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 2000
Kirkland, WA 98033
Tel: (425) 646-2956