1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>Defendant. | Case No. C19-1697RSM<br><br>ORDER STAYING CASE |

This matter comes before the Court on Defendant Minagrex Corporation's Notice of Filing Bankruptcy, Dkt. #222. Defendant states it is the subject of a proceeding under Chapter 7 of the United States Bankruptcy Code, Case No. 22-3198, pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. *Id.* Defendant requests that this case be stayed pursuant to Section 362 of the United States Bankruptcy Code (11 U.S.C § 362(a)) pending further order of the Bankruptcy Court.

Given all of the above, and having reviewed the remainder of the record, the Court hereby finds and ORDERS:

1) All currently scheduled hearings, deadlines, trials and other litigation efforts in this Action are STAYED. The stay shall be effective on the date of this Order and shall

ORDER DENYING STIPULATED MOTION TO PRESENT REMOTE TESTIMONY AT TRIAL - 1

remain in place pending the above bankruptcy proceedings. Following the final outcome of those proceedings, any party may move the Court to lift this stay.

2) Plaintiff's Motion to Present Deposition Testimony of Unavailable Witnesses at Trial, Dkt. #213, is STRICKEN as MOOT and may be refiled upon the lifting of this stay.

3) Defendant shall file a status report within three months of this Order and every six months thereafter updating the Court as to the progress of the bankruptcy proceeding.

DATED this 7th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE