UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSMOS GRANITE (WEST), LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>MINAGREX CORPORATION, d/b/a MGX Stone,<br><br>    Defendant. | Case No. 2:19-cv-01697-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |

UPON CONSIDERATION of Plaintiff Cosmos Granite (West), LLC's unopposed Motion to Dismiss brought under Rule 41(a)(2), and the entire record herein, it is hereby ORDERED that Plaintiff's Motion, Dkt. #236, is GRANTED.  Plaintiff's remaining claims and this action are DISMISSED WITHOUT PREJUDICE.  This case is CLOSED.

Dated this 24th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS WITHOUT PREJUDICE - 1 -
Case No.:  2:19-CV-01697-RSM